**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**KATHLEEN BETTS,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　**Case No. 3:16cv505-RV-CJK**

**KENNETH BETTS, et al.,**

    **Defendants.**
_____/

## **ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 16, 2018 (doc. 22). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and the objections thereto (doc.23), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is DISMISSED WITHOUT PREJUDICE.

3. The clerk shall close the file.

**DONE AND ORDERED** this 15th day of June, 2018.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**